UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DALE SPENCER,

    Plaintiff,

v.

RAVI,

    Defendant.
_____/

Case No. 24-cv-11723
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Court's order (ECF No. 34) dated July 18, 2025:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Ravi and against Plaintiff Ronald Dale Spencer.

**IT IS SO ORDERED**.

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                        By:    s/Holly A. Ryan
                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 18, 2025
          Detroit, Michigan