UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DALE SPENCER,

    Plaintiff,                                     Case No. 24-cv-11723
                                                       Hon. Matthew F. Leitman

v.

RAVI,

    Defendant.
_____/

## ORDER (1) GRANTING PLAINTIFF'S MOTION TO VACATE (ECF No. 36), (2) VACATING ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE (ECF No. 34) AND JUDGMENT (ECF No. 35), AND REINSTATING DEFENDANT'S MOTION TO DISMISS (ECF No. 20)

On Friday, October 10, 2025, at 10:00a.m. EST, the Court held a hearing on the Motion to Vacate filed by the Plaintiff Ronald Dale Spencer (ECF No. 36). For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

- Plaintiff's Motion to Vacate (ECF No. 36) is **GRANTED**.

- The Court's Order Dismissing Action with Prejudice for Failure to Prosecute (ECF No. 34) and Judgment (ECF No. 35) are **VACATED**.

- Defendant's Motion to Dismiss (ECF No. 20) is **REINSTATED**.

- Plaintiff shall file a Response to Defendant's motion to dismiss not later than **MONDAY, NOVEMBER 3, 2025**. Defendant may file a Reply within 14 days of the filing of Plaintiff's Response.

1

- Finally, as a condition of this reinstatement, Ms. Rothis shall personally pay to defense counsel an attorney fee equal to 1.5 hours of his time, at the same billing rate that he is charging his client.

**IT IS SO ORDERED**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: October 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 10, 2025, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126