UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD DALE SPENCER,

     Plaintiff,                         Case No. 24-cv-11723
                                            Hon. Matthew F. Leitman

v.

RAVI,

     Defendant.

_____/

**ORDER (1) GRANTING PLAINTIFF LEAVE TO FILE AMENDED
COMPLAINT AND (2) TERMINATING AS MOOT DEFENDANT'S
MOTION TO DISMISS (ECF No. 20)**

On Thursday, June 25, 2026, the Court held a hearing on Defendant Ravi Polavarapu's motion to dismiss (ECF No. 20).  For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

- Plaintiff Ronald Dale Spencer is **GRANTED** leave to file a First Amended Complaint with help from counsel.  Plaintiff shall file his amended pleading on the docket by **Friday, July 24, 2026**.  Defendant shall respond by **Friday, August 21, 2026**.

1

- In light of the Court's decision to grant Plaintiff leave to file an amended pleading, Defendant's Motion to Dismiss (ECF No. 20) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2